UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LISA AURITE, ET AL., | : | CIVIL ACTION NO. 08-2807(RBK-KMW) |
| Plaintiff(s), | : | |
| v. | : | |
| JAMES W. MORRIS, ET AL. | : | |
| Defendant(s), | : | |

## CIVIL JUDGMENT

**IT APPEARING** that an Arbitration Award was filed on June 2, 2010, and that 30 days have elapsed from the entry of the award without any party demanding a trial de novo;

IT IS on this 12 day of July, 2010,

**ORDERED** that in accordance with the Arbitration Award and Local Civil Rule 201.1(g), the Arbitration Award is UNSEALED and JUDGMENT is entered.

BY THE COURT:

ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE

ATTEST:

BY: s/James Quinlan, Arbitration Clerk

DNJ-Arb-003

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JUN - 2 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

LISA AURITE and JOSEPH AURITE,     CIVIL NO.: 08-CV-2807

      Plaintiff(s),

v.

JAMES W. MORRIS and                 ARBITRATION AWARD
JOHN DOE(S) (1-5),                  PURSUANT TO LOCAL CIVIL
                                    RULE 201.1

      Defendant(s)

AND NOW, this 28th day of May, 2010, the undersigned arbitrator having been duly certified and sworn and having heard the above-captioned civil action on May 28, 2010, in the presence of and on notice to Jeffrey M. Freedman, Esquire and Kevin M. Mulderig, Esquire, co-counsel for the Plaintiffs, and Rosemarie DiMeo, Esquire, counsel for the Defendant, James W. Morris;

And the parties having presented such testimony and submitted such pleadings, discovery, reports and other documents as counsel deemed necessary for the Arbitrator's consideration;

The Arbitrator does hereby make the following Arbitration Award pursuant to Local Civil Rule 201.1 in favor of __PLAINTIFF LISA AURITE__, and against __DEFENDANT JAMES MORRIS__, in the amount of $ __15,011 + COSTS__

DATE: May 28, 2010

                                                Barry J. Wendt, Arbitrator

## NOTICE

**This award will become a final judgment of the Court, without the right of appeal, unless a party files with the Court a Demand for a Trial De Novo within thirty (30) days (sixty (60) days for all parties in actions in which the United States or any employee or agency thereof is a party) after the entry of the Arbitration Award pursuant to Local Civil Rule 201.1.(h).**